UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Westfield Insurance Company, | Civ. No. 22-2816 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Dan Cardinal, Mindy Cardinal, Terra-Therm, Inc., TTI Holdings, Inc., Northern Geo LLC, d/b/a TTherm Geo, Rite-Way Heating & Air Conditioning, Inc., and Marysville Mutual Insurance Company, | |
| Defendants. | |

This matter is before the Court on Plaintiff Westfield Insurance Company's Notice of Voluntary Dismissal. (Docket No. 7.) Westfield seeks dismissal of its claims under Rule 41(a)(1)(A)(i). A voluntary dismissal is effective without Court order, but in this District an order is required to close the case.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's claims are **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   January 19, 2023

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge