# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Westfield Insurance Company, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22cv2816 PAM/TNL |
| Dan Cardinal, Mindy Cardinal, Terra-Therm, Inc., TTI Holdings, Inc., Northern Geo LLC, Rite-Way Heating & Air Conditioning, Inc., Marysville Mutual Insurance Company, | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's claims are DISMISSED without prejudice.

Date: 1/20/2023                                      KATE M. FOGARTY, CLERK